# UNITED STATES DISTRICT COURT

for the

SOUTHERN District of NEW YORK

_____ Division

Case No. **25 CV 10548**
(to be filled in by the Clerk's Office)

EUGENE WINFREY*
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SPOTIFY
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

RECEIVED
SDNY PRO SE OFFICE
2018 DEC 18 PM 3:56

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: EUGENE WINFREY*
Street Address: P.O. BOX 45, 118 E. 124TH ST.
City and County: NEW YORK
State and Zip Code: NEW YORK 10035
Telephone Number: 347-431-1327
E-mail Address: SIMPLEMOBILEMAX12@GMAIL.COM

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: SPOTIFY USA INC.,
Job or Title (if known): SPOTIFY MUSIC (PLAYLIST)
Street Address: 4 WORLD TRADE CENTER
City and County: NEW YORK
State and Zip Code: NEW YORK 10007
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**

Name: SPOTIFY
Job or Title (if known): SPOTIFY MUSIC
Street Address: REGERINGSGATAN 19
City and County: STOCKHOLM, SWEDEN
State and Zip Code: S
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

COPYRIGHT INFRINGEMENT

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* EUGENE WINFREY, is a citizen of the State of *(name)* NEW YORK.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) __SPOTIFY__, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

SPOTIFY HAS COPYRIGHT INFINGEMENT ME.
MY SONGS AND RECORDS.
BECAUSE SPOTIFY HAS BEEN SELLING
SPOTIFY OWE ME $2,000,000,000 DOLLARS.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MAKING AND SELLING MY RECORDS.
REPRODUCTION AND DISTRIBUTION OF
SPOTIFY HAS BEEN UNAUTHORIZED

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

FIXED $2,000,000,000 DOLLARS
AMOUNTS SET BY LAW.
(B) STATUTORY DAMAGES:
PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES * MY FINANCIAL LOSSES

Page 4 of 5

b.  If the defendant is a corporation

The defendant, *(name)* __SPOTIFY__ , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**SPOTIFY HAS BEEN SELLING MY SONGS AND RECORDS.**
**SPOTIFY HAS COPYRIGHT INFRINGEMENT ME.**
**SPOTIFY OWE ME $2,000,000,000 DOLLARS.**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

**(ON SPOTIFY WEBSITE ONLINE)**
**SPOTIFY MUSIC PLAYLIST**

B.  What date and approximate time did the events giving rise to your claim(s) occur?

**3:00 PM**
**DECEMBER 12, 2025**

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SPOTIFY DONE TO ME.
MY NEWPHEW AND FRIEND SAW WHAT
DISTRIBUTION OF MAKING AND SELLING MY RECORDS,
BY UNAUTHORIZED REPRODUCTION AND
SPOTIFY HAS INFRINGEMENT MY COPYRIGHTS

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

OF EMOTIONAL DISTRESS (NIED).
(B) SPOTIFY'S GAVE ME NEGLIGENT INFLICTION
(A) PAIN AND SUFFERING CAUSED BY SPOTIFY.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$2,000,000,000 DOLLARS
STATUTORY DAMAGES:
(B) FIX AMOUNTS SET BY LAW.
PLUS THE INFRINGER'S PROFITS.
(A) ACTUAL DAMAGES: MY FINANCIAL LOSSES,

(F) NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS (NIED)
(E) SECONDARY TRAUMA AND EMOTIONAL ABUSE.
(D) PAIN AND SUFFERING
     (ACTUAL/ PROFITS OR STATUTORY)
(C) TO GET AN INJUNCTION, DAMAGES

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-18-25

Signature of Plaintiff: Eugene Winfrey
Printed Name of Plaintiff: EUGENE WINFREY

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

SPOTIFY

Registration Number
**PAu 4-251-968**
Effective Date of Registration:
December 05, 2024
Registration Decision Date:
February 12, 2025

## Title

**Title of Work:** BECAUSE I NEED YOUR LOVE

**Nature of Claim:** LYRICS

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** EUGENE WINEREY
- **Pseudonym:** THE KING DR MAGiC
- **Work made for hire:** No
- **Year Born:** 1959
- **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** EUGENE WINEREY
P.O. Box 1327, 118 EAST 124TH ST, NEW YORK, NY, 10035

## Limitation of copyright claim

**Previously registered:** No
**Basis of current registration:** This is the first application submitted by this author as claimant.

## Certification

**Name:** EUGENE WINFREY
**Date:** October 12, 2024

**Correspondence:** Yes

Page 1 of 2