USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/5/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EUGENE WINFREY,

Plaintiff,

-against-

SPOTIFY USA INC., et al.,

Defendants.

25-CV-10548 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On July 31, 2026, plaintiff, who is proceeding pro se, filed his First Amended Complaint (FAC) in this matter. *See* Dkt. 18.

No later than **August 14, 2026**, defendant Spotify U.S.A. Inc. (Spotify) must either: (i) answer or otherwise respond to the FAC, or (ii) submit a letter advising the Court that it intends to rely on its previously filed Motion to Dismiss the original complaint (Dkt. 10) pursuant to Fed. R. Civ. P. 12(b)(6). Spotify is reminded that it must serve any answer, response, or letter filed in accordance with this order on the pro se plaintiff at his address of record.

Dated: New York, New York
August 5, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**